IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                           PLAINTIFF

VS.                                        CRIMINAL NO. 5:07-CR-17-DCB-JCS

JOHN H. DILLARD                                              DEFENDANT

## ORDER AUTHORIZING ISSUANCE OF RULE 17 TRIAL SUBPOENA

THIS CAUSE came before the Court on the motion of the defendant JOHN H. DILLARD for issuance of Rule 17 trial subpoena in connection with the trial scheduled in this matter for March 4, 2008.  Specifically, Defendant DILLARD seeks authority from the Court for issuance of a trial subpoena to CADIE MAE BUNCH, who is presently incarcerated in the Madison County Jail.  Having reviewed the motion and the grounds stated therefor, the Court find that the motion is well taken and should be granted.  Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that a Rule 17 trial subpoena for CADIE MAE BUNCH issue and that said subpoena shall be served by the United States Marshals Service in according with CJA procedures for cases involved appointed counsel.

SO ORDERED AND ADJUGED this __25th__ day of February, 2008.

                                                     s/ David Bramlette
                                                     DAVID C. BRAMLETTE
                                                     Senior United States District Judge

Jackson 2721386v.1