IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  5:07cr17DCB-JCS

JOHN DILLARD

ORDER AUTHORIZING AND DIRECTING THE CLERK'S OFFICE
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI TO RELEASE FILE
TO APPELLEE, THE UNITED STATES, AND LIMITED UNSEALING,
FOR PURPOSE OF PREPARATION OF THE APPELLEE'S BRIEF
TO THE FIFTH CIRCUIT

CAME ON FOR CONSIDERATION this date, the Motion of the United States for an Order authorizing and directing the Clerk's Office for the United States District Court for the Southern District of Mississippi to release the file in this case, including all sealed documents.

The Clerk's Office for the United States District Court for the Southern District of Mississippi is hereby authorized and directed to release the file in this case, including any sealed documents and transcripts, to the United States for its use in preparing its brief as Appellee to the Fifth Circuit in this cause.

ORDERED, this the __13th__ day of April, 2009.

                                                s/ David Bramlette
                                                DAVID BRAMLETTE
                                                Senior United States District Judge